AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ALEJANDRO HERNANDEZ-PEREZ<br><br>*Defendant(s)* | )<br>)<br>) Case No. 19-8283-DLB<br>)<br>)<br>) |

FILED BY SP D.C.

JUL 2 2 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 27, 2019** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1029(a)(1) | Did knowingly and with intent to defraud, produce, use, or traffic in one or more counterfeit access devices. |
| 18 U.S.C. Section 1029(a)(3) | Did knowingly and with intent to defraud, possess fifteen (15) or more devices which are counterfeit or unauthorized access devices, |
| 18 U.S.C. Section 1028A(a)(1) | and during and in relation to either violation, did knowingly transfer, possess, or use, without lawful authority, a means of identification of another person |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Charles Ramos, Det/TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/22/2019

*Judge's signature*

City and state: WEST PALM BEACH, FLORIDA    DAVE LEE BRANNON, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

Your affiant, Charles Ramos, first being duly sworn, does hereby depose and state as follows:

1. I am currently a certified Police Detective with the Boynton Beach Police Department, in the State of Florida and I have been employed with the Boynton Beach Police Department since January 2001. For the last six years, I have held the position of a Task Force Officer ("TFO") assigned to the United States Secret Services Miami Division Electronic Crimes Task Force and have received training in the investigation of counterfeit currency, counterfeit and unauthorized credit cards, identity theft, computer and cell phone forensic analyses. As a Detective and TFO, I have participated in several investigations involving fraud violations and have participated in numerous Federal arrest and search and seizure warrants in fraud cases, including the possession, use and trafficking in of unauthorized or counterfeit credit cards. As a part of those investigations, I have also conducted interviews of, and participated in, the interviews of fraud violators, cooperating sources and cooperating defendants; and have collected and processed evidence of fraud, including counterfeit and unauthorized credit cards.

2. The information contained in this Affidavit is submitted for the limited purpose of establishing probable cause to believe that **Alejandro Hernandez-Perez**, ("**Hernandez-Perez**"), did knowingly and with intent to defraud, produce, use, or traffic in one or more counterfeit access devices, in violation of Title 18, United States Code, Section 1029(a)(1); did knowingly and with intent to defraud, possess fifteen (15) or more devices which are counterfeit or unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(3); and during and in relation to either violation, did knowingly transfer, possess, or use, without lawful authority, a means of identification of another person, in violation of Title 18, United States Code, Section 1028A(a)(1).

3. The information in this Affidavit is based on your Affiant's personal knowledge and information provided to your Affiant by others, including other law enforcement personnel. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not include all of the facts learned during the course of the investigation.

## BACKGROUND OF INVESTIGATION

4. On June 27, 2019, law enforcement officers responded to a BP gas station located at 3510 West Boynton Beach Blvd, City of Boynton Beach FL 33426, in reference to a person tampering with a gas pump.

5. From an in-store cash register, a store manager witnessed the declination of several different credit cards during an attempted fuel purchase at pump #9 and observed an unknown Hispanic male at the pump. The store manager, believing that stolen credit cards were in used, approached and confronted the Hispanic male. In response, the Hispanic male hurriedly left the gas station driving the white 2007 Ford F350 pickup truck, bearing Florida license registration "HHGN84," that stood at the pump.

6. At this time, the store manager quickly relayed the incident to another gas station supervisor in the parking lot at the time. The store supervisor immediately followed the Hispanic male by car as the Hispanic male drove away from the gas station. The supervisor called "911" and spoke with a Boynton Beach Police Department dispatcher. The store supervisor also flagged down a Boynton Beach Police Department road patrol officer while following the white Ford pickup truck. The officer, having been advised of the attempted fraud at the gas station, performed a traffic stop on the white Ford pickup truck. A Florida Department of Highway Safety and Motor Vehicles query of the vehicle's registration revealed that the 2007 white Ford F350 pickup truck

was registered to **Hernandez-Perez**. The physical features of the driver and sole occupant of the Ford truck matched that of **Hernandez-Perez'** driver license photo.

7. According to the officer who initiated the traffic stop employing both lights and siren, **Hernandez-Perez** did not stop the vehicle immediately and was moving around in the driver/passenger compartment of the vehicle, which concerned the officer. A second Boynton Beach Police Officer arrived on scene to assist. At the time of the traffic stop and at the request of the officer initiating the stop, **Hernandez-Perez** to exited his vehicle. As **Hernandez-Perez** exited the vehicle, officers observed a bulge in **Hernandez-Perez's** lower back. In response to the officer's inquiry whether he had a weapon on him, **Hernandez-Perez** stated "No. Credit cards."

8. Your Affiant responded to the scene. Your Affiant smelled a strong odor of fuel coming from the cab of the white 2007 Ford F350 pickup truck and a non-factory/after-market toggle switch on the dash board of the truck. Your Affiant also observed in plain view that the truck had non-factory/after-market wires leading from the cab of the truck to the bed of the truck. Unpon further inspection, your Affiant observed that a non–factory/after-market pump had been installed underneath the bed of the truck. Your Affiant also saw under the bed of the truck, on the passenger side, a spigot with a handle..

9. Your Affiant has participated in a number of operations involving suspects who use stolen credit cards to purchase fuel, which they deposit in concealed fuel tanks. Not uncommon in these vehicles is a spigot with a handle to relieve fuel from the fuel-bladder concealed in the bed of the truck. In the majority of cases, those vehicles' fuel setup was similar to the fuel setup in the 2007 white Pickup truck.

10.  Your Affiant spoke with both the store manager and supervisor at BP. BP is a corporation which operates nationwide and whose services include convenience retail and fuel to the public. Your Affiant discovered that **Hernandez-Perez** conducted or attempted to conduct eight (8) transactions on June 27, 2019, however, in each case the use of the credit card and transaction was declined. The time and the credit card used is described below:

| Approximate Time | Subject Credit Card |
|---|---|
| 2:08:31 p.m. | Visa card ending in 9977 |
| 2:08:59 p.m. | Visa card ending in 4155 |
| 2:09:26 p.m. | Visa card ending in 0271 |
| 2:09:44 p.m. | Visa card ending in 0271 |
| 2:10:03 p.m. | Visa card ending in 0271 |
| 2:10:22 p.m. | Visa card ending in 0271 |
| 2:10:41 p.m. | Visa card ending in 0271 |
| 2:11:09 p.m. | Visa card ending in 1858 |

11.  On June 27, 2019, **Hernandez-Perez** was arrested and charged with Unlawful Transportation of Fuel and Trafficking or Possession of Counterfeit Credit Cards and advised of his *Miranda* rights. **Hernandez-Perez** waived *Miranda* and provided a video recorded statement During which **Hernandez-Perez** admitted to using the counterfeit cards at the gas pump that day and knowing that the credit cards were counterfeit He also admitted to attempting the same crime a week early at the same gas station. **Hernandez-Perez** admitted to personally having a fuel bladder installed in the bed of his truck to transport the fuel.

12.  Your Affiant, working in conjunction with a Florida Department of Agriculture Investigator discovered that **Hernandez-Perez** possessed gift cards which had several victims' credit card information embedded in the black magnetic encoding strip on the back of the cards. **Hernandez-Perez** possessed approximately sixty-two (62) counterfeit credit cards, none of which belonged to **Hernandez-Perez.**

13. Your Affiant identified and interviewed five (5) victim account card holders. Each indicated that they did not give permission or authorize the possession and use of their credit/debit card to **Hernandez-Perez** or anyone.

14. Based on the above facts, I submit that there is probable cause to believe that **Hernandez-Perez** did knowingly and with intent to defraud, produce, use, or traffic in one or more counterfeit access devices, in violation of Title 18, United States Code, Section 1029(a)(1); did knowingly and with intent to defraud, possess fifteen (15) or more devices which are counterfeit or unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(3); and during and in relation to either violation, did knowingly transfer, possess, or use, without lawful authority, a means of identification of another person, in violation of Title 18, United States Code, Section 1028A(a)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Charles Ramos, Detective and TFO
Boynton Beach Police Department

Sworn to and subscribed before me this
22nd day of July, 2019.

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 19-8283-DLB

UNITED STATES OF AMERICA

vs.

ALEJANDRO HERNANDEZ-PEREZ,

Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN,
UNITED STATES ATTORNEY

BY: _____
ROBIN WAUGH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 537837
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel:  (561) 820-8711
Fax: (561) 820-8777